UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60116-CR-SINGHAL

**UNITED STATES OF AMERICA**

vs.

**WILL CATIS, Sr.,**

       **Defendant.**

_____/

**UNITED STATES' BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY**

Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, the United States of America hereby gives notice that, in addition to property generally identified in the forfeiture allegations of the Indictment, ECF No. 1, the United States seeks the forfeiture of the following property, pursuant to 21 U.S.C. § 853:

i. Approximately $199,682 in U.S. currency seized from Safe Deposit Box 00254 at Bank of America, located at 2850 N. Federal Highway, Lighthouse Point, Florida 33064 (Asset ID No. 23-DEA-703942);

ii. Eight (8) pieces of assorted jewelry valued at approximately $96,699 seized from the Defendant on or about June 15, 2023 (Asset ID No. 23-DEA-705202);

iii. Approximately $38,402 seized from Bank of America account number 2290239023892160 and held in the name of Will Catis (Asset ID No. 23-DEA-705843);

iv. Approximately $29,340 in U.S. currency seized from the Defendant on or about June 15, 2023 (Asset ID No. 23-DEA-703887);

v. Fifteen (15) pieces of assorted jewelry valued at approximately $27,129 seized from the Defendant on or about June 15, 2023 (Asset ID No. 23-DEA-705203);

vi. Approximately $16,007.09 seized from Bank of America account number 898034028451 and held in the name of Will Catis (Asset ID No. 23-DEA-705842); and

vii. Approximately $15,737.82 seized from Bank of America account number 898047304159 and held in the name of Will Catis (Asset ID No. 23-DEA-705336).

                        Respectfully submitted,

                        **MARKENZY LAPOINTE**
                        **UNITED STATES ATTORNEY**

By:    s/ *Mitchell E. Hyman*
        Mitchell Evan Hyman
        Assistant United States Attorney
        Fla. Bar No. 125405
        99 N.E. 4th Street, 7th Floor
        Miami, Florida 33132-2111
        Telephone: (305) 961-9283
        Email: Mitchell.Hyman@usdoj.gov