UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-CR-60116-SINGHAL

UNITED STATES OF AMERICA

vs.

WILL CATIS, Sr.,

        Defendant.

_____/

## FACTUAL PROFFER

The United States of America and WILL CATIS, Sr. ("Defendant") agree that the following facts are true and, had this case gone to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

On April 12, 2022, the DEA Administrator issued a temporary order to schedule seven synthetic benzimidazole-opioid substances, including protonitazene, in schedule I of the Controlled Substances Act. Protonitazene is a synthetic opioid that is equally as potent, if not more potent, than fentanyl. As part of an investigation into Chinese chemical companies that were sending synthetic opioids, such as protonitazene, to the U.S. and Mexico, several U.S. based drug traffickers were identified. One of those individuals was the Defendant. The investigation revealed that the Defendant was obtaining protonitazene and metonitazene from Jiangsu Bangdeya New Material Technology Co. LTD. ("Bangdeya").

On October 22, 2022, while reviewing mail addressed to the Defendant's residence in Deerfield Beach, Florida, Postal Inspectors seized a parcel addressed to "Will Catis." This parcel was sent from Bangdeya. On October 26, 2022, the Defendant approached a U.S. Postal Service ("USPS") Letter Carrier regarding this parcel. Later that same day, the Defendant went to a USPS location in Broward County to inquire about the parcel. The Defendant produced his Florida Driver's License and asked where the parcel was. The Defendant was told the parcel was returned to sender and to call the USPS 1-800-Phone Number.

On October 28, 2022, a search warrant was obtained for the parcel. The search revealed a clear plastic bag of yellowish powder. The DEA laboratory confirmed that the yellowish powder was protonitazene with a net weight of 172.3 grams.

On February 14, 2023, while reviewing mail addressed to the Defendant's residence, law enforcement seized a parcel addressed to "Will Catis." This parcel was sent from Bangdeya. On February 16, 2023, a search warrant was obtained for this parcel. The search of the parcel revealed three bags of substances, one was a white powder, one was a crystalized substance, and one a yellowish powder. The substances were submitted to the DEA laboratory which returned results for two of the substances: 1.23 grams of protonitazene and 54 grams of Theophylline (not a controlled substance - a bronchodilator used to treat asthma and COPD). The small amount of protonitazene was sent as a sample to encourage future purchases.

On December 27, 2023, a search warrant was obtained for the Defendant's electronic media. In a review of the media, agents located videos reflecting a kilogram press, firearms, and large sums of U.S. currency. A screenshot of one of those videos is below:



The search warrant also revealed several photos and screen shots that evidence the Defendant's drug trafficking. These include an image from World Health Organization report on protonitazene, chats with Chinese chemical company sales representatives, bags filled with a powdery substance that are similar to the seized protonitazene, and screenshots of advertisements from Chinese chemical companies selling protonitazene.





On June 15, 2023, the Defendant was arrested in the instant case. The Defendant was read his *Miranda* rights and he waived those rights and agreed to speak to law enforcement. The Defendant admitted that he purchased protonitazene from China and received it via USPS. He further admitted that he would mix the protonitazene with other drugs and press the substance into bricks to sell to other drug traffickers in Broward County. The Defendant consented to a search of his apartment and a storage unit that he rented. In the residence, agents discovered and seized approximately $29,340 in cash, eight pieces of assorted jewelry, two firearms, and three metal kilogram presses. A photo of two of the kilogram presses is below. At the storage unit, agents discovered another kilogram press.



Pursuant to the searches of both the residence and storage unit, several different types of controlled substances were found in the Defendant's possession. The DEA laboratory analyzed them and determined they were the following controlled substances: (1) 258.7 grams of a mixture

4

of bromazolam, protonitazene, metonitazene, and fentanyl; (2) 1060.1 grams of a mixture of metonitazene, protonitazene, fentanyl, and lidocaine; (3) 4654 grams of a mixture of n-propylbutylone, eutylone, fentanyl, heroin, metonitazene, protonitazene, p-fluorofentanyl, lidocaine, quinine, and caffeine; (3) 726.5 grams of 3,4-Methylenedioxy-α-cyclohexylaminopropiophenone; (4) 3.45 grams of protonitazene; (5) 28.77 grams of a mixture of protonitazene and cocaine; (6) 361.9 grams of a mixture N-Ethylpentylone, eutylone, metonitazene, protonitazene, fentanyl, heroin, α-Pyrrolidino-2-phenylacetophenone, p-Fluorofentanyl, quinine, lidocaine, and caffeine; (7) 1389.6 grams of a mixture of N-Ethylpentylone, metonitazene, eutylone, heroin, α-Pyrrolidino-2-phenylacetophenone, ANPP, quinine, caffeine, and lidocaine; (8) 571.6 grams of protonitazene; (9) 27.8 grams of metonitazene; (10) 28 grams of protonitazene; (11) 448.4 grams of bromazolam; and (12) 176 grams of a mixture of N-Propylbutylone, eutylone, metonitazene, fentanyl, protonitazene, bromazolam, heroin, lidocaine, quinine, and caffeine.

Law enforcement seized the below listed property from the Defendant, all of which is property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of the Defendant's violation of 21 U.S.C. § 846 as charged in the Indictment [ECF No. 1], and/or property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation:

    a. Approximately $199,682 in U.S. currency seized from Safe Deposit Box 00254 at Bank of America, located at 2850 N. Federal Highway, Lighthouse Point, Florida 33064 (Asset ID No. 23-DEA-703942);

    b. Eight (8) pieces of assorted jewelry valued at approximately $96,699 seized from the Defendant on or about June 15, 2023 (Asset ID No. 23-DEA-

705202);

c. Approximately $38,402 seized from Bank of America account number 22902390238921 60 and held in the name of Will Catis (Asset ID No. 23-DEA-705843);

d. Approximately $29,340 in U.S. currency seized from the Defendant on or about June 15, 2023 (Asset ID No. 23-DEA-703887);

e. Fifteen (15) pieces of assorted jewelry valued at approximately $27,129 seized from the Defendant on or about June 15, 2023 (Asset ID No. 23-DEA-705203);

f. Approximately $16,007.09 seized from Bank of America account number 898034028451 and held in the name of Will Catis (Asset ID No. 23-DEA-705842); and

g. Approximately $15,737.82 seized from Bank of America account number 898047304159 and held in the name of Will Catis (Asset ID No. 23-DEA-705336).

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 1/5/2024    By: _____
                     MONIQUE BOTERO
                     ASSISTANT UNITED STATES ATTORNEY

Date: 1/5/2024    By: _____
                     MICHAEL D. WEINSTEIN
                     COUNSEL FOR DEFENDANT

Date: 11-16-23    By: _____
                     WILL CATIS, Sr.
                     DEFENDANT