UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-60116-SINGHAL

UNITED STATES OF AMERICA

vs.

WILL CATIS, SR.,

        **Defendant.**
_____/

**MOTION FOR REDUCTION OF SENTENCE PURSUANT TO U.S.S.G. § 5K1.1**

Pursuant to United States Sentencing Guideline Section 5K1.1 and Title 18, United States Code, Section 3553(e), the United States of America hereby moves for a downward departure from the advisory guideline sentence of the defendant in order to reflect his substantial assistance in the prosecution of others. In support of this motion, the government states the following:

1. On January 5, 2024, the defendant pled guilty one count of conspiracy to possess with intent to distribute protonitazene, in violation Title 21, United States Code, Section 846.

2. The defendant has provided substantial assistance to the government in the prosecution of another. During the sentencing hearing, the government will indicate further the nature and quality of the defendant's cooperation.

3.      The United States will make a specific recommendation to the court as to the amount of a sentence reduction at the sentencing hearing.

                Respectfully submitted,

                MARKENZY LAPOINTE
                UNITED STATES ATTORNEY

By:   /s/ *Monique Botero*
      MONIQUE BOTERO
      Assistant United States Attorney
      Florida Bar No. 722286
      U.S. Attorney's Office - SDFL
      99 Northeast 4th Street, Suite 700
      Miami, Florida 33132-2111
      Telephone: (305) 961-9010
      E-Mail: Monique.Botero@usdoj.gov