SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE RAAG SINGHAL

DEFENDANT: Will Catis Sr.   CASE NO. 23-60116-CR-Singhal

Deputy Clerk: Valarie Thompkin   Court Reporter: Karl Shires   DATE 4-12-2024

USPO: Rebecca Hill   AUSA: Monique Botero / Michael Hyman   Deft's Counsel: Michael Weinstein

___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.   ___ Sentencing cont'd until _____

JUDGMENT AND SENTENCE

Imprisonment   Years ___   Months 144   Counts I

Supervised Release: 3 Years as to Count I of the Indictment

Government's Motion Reduction of Sentence Pursuant to 5K1.1 is hereby Granted
Defendant's Amended Motion for Downward Variance is hereby Granted

✓ Court advised the Defendant of his/her right to appeal   ___ Restitution Hearing set for _____

Government's ore tenus motion to dismiss remaining counts are hereby Granted

Assessment $ 100⁰⁰/ea   Fine $ 0   Restitution $ 0

___ Data Encryption ___ Permissible Computer Examination ___ Computer Modem Restriction
___ Computer Possession Restriction ___ Employer Computer Restriction Disclosure
___ No Contact with Minors ___ No Contact with Minors in Employment ___ Sex Offender Treatment
___ No Involvement Youth Organization ___ Sex Offender Registration ___ Adam Walsh Act Search
___ Offense Related Computer Restriction ___ Restricted Possession of Sexual Materials
___ Permissible Computer Examination ___ Permissible National Business Travel ___ No New Debt
___ Anger Control/Domestic Violence ___ Community Service ___ Related Concern Restriction
___ Mental Health Treatment ___ Substance Abuse Treatment ___ Related Concern Restriction
___ Employment Requirement ___ Cooperating IRS ___ Association Restriction ✗ Forfeiture
✗ Self-Employment Restriction ___ Computer Activity Record Keeping Requirement
___ Disclosure of Telephone Records ___ Employment Solicitation Restriction ✗ Financial Disclosure
___ Location Monitoring Program ___ Relinquishment of Licensure ___ Residential Reentry Center
___ Surrender for Removal After Imprisonment ___ Cooperating Immigration Removal Proceedings
___ Treatment for Gambling ✗ Unpaid Restitution, fines, special assessments ✗ Permissible Search

CUSTODY

✓ Remanded to the Custody of the U. S. Marshal Service   ___ Release on bond pending appeal

___ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: Southern District of Florida, RDAP