```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2
                    Case No. 23-CR-60116-SINGHAL
 3

 4   UNITED STATES OF AMERICA,)
                              )
 5           Plaintiff,       )
                              )
 6       -v-                  )
                              )
 7   WILL CATIS, SR.,         )
                              )
 8           Defendant.       )   Fort Lauderdale, Florida
                              )   January 5, 2024
 9   _____)   1:14 p.m.

10

11

12              TRANSCRIPT OF PLEA PROCEEDINGS

13         BEFORE THE HONORABLE RAAG SINGHAL

14                 U.S. DISTRICT JUDGE

15

16   Appearances:

17

     For the Government:        MONIQUE BOTERO
18                              Assistant United States Attorney
                                11200 NW 20th Street, Suite 101
19                              Miami, Florida  33172

20   For the Defendant:         MICHAEL WEINSTEIN, ESQ.
                                12 SE 7th Street, Suite 610
21                              Fort Lauderdale, Florida  33301

22

23
     Reporter:                  Karl Shires, RMR, FCRR
24   (954) 769-5496             Official Court Reporter
                                299 East Broward Boulevard, # 203G
25                              Fort Lauderdale, Florida  33301
```

STENOGRAPHICALLY RECORDED COMPUTER-AIDED TRANSCRIPT

1          (Call to Order of the Court)

2          THE COURT:  We're going to start this afternoon with

3  United States of America versus Will Catis, Senior.  It's a

4  change of plea hearing.

5          Let me begin with appearances, first for the

6  government.

7          MS. BOTERO:  Good afternoon, Your Honor.  Monique

8  Botero on behalf of the United States of America.

9          THE COURT:  Nice to see you, Ms. Botero.

10         And for the defense?

11         MR. WEINSTEIN:  Good afternoon, Your Honor.  Michael

12  Weinstein here with Mr. Catis.

13         THE COURT:  Nice to see you, Mr. Weinstein.

14         And correct my pronunciation.  Is it Catis?

15         THE DEFENDANT:  Yes.

16         THE COURT:  Okay.  All right.  And, Mr. Catis, what

17  we're here for today is to go through your case a little bit.

18  I'm told that you're going to go ahead and plead guilty to the

19  indictment, Count 1.

20         I'm going to go over a lot of things that you and

21  Mr. Weinstein have gone over together, but you've never gone

22  over them with me.  So it should be fairly straightforward.

23         In order to begin that, if you would please raise your

24  right hand for me.

25         (The Defendant was duly sworn.)

```
 1              THE COURT:  All right.  Go ahead and put your hand
 2    down, and tell me your full name.
 3              THE DEFENDANT:  Will Catis.
 4              THE COURT:  Okay.  And, Mr. Catis, you're before the
 5    Court today accused by an indictment of two different charges.
 6    Those charges are each contrary to 21 United States Code § 846.
 7    Count 1 is conspiracy to possess with intent to distribute --
 8    let me make sure I pronounce this right.  Is it --
 9              MR. WEINSTEIN:  Protonitazene, Judge.
10              MS. BOTERO:  Protonitazene.
11              THE COURT:  Protonitazene.  Okay.
12              Count 2 is attempted possession with intent to
13    distribute protonitazene.
14              Each of those charges is punishable by a maximum
15    sentence of 20 years in prison, followed by supervised release
16    of between three years and life, a million dollar fine, and a
17    $100 special assessment.
18              I'm told that you're going to plead guilty to Count 1
19    of the indictment and that the government will agree to seek
20    dismissal of Count 2 after sentencing.
21              Is that what you're here to do here today?
22              THE DEFENDANT:  Yes, sir.
23              THE COURT:  Okay.  Now, with regard to what we're
24    going to talk about today, there's the indictment which
25    basically talks about a case that happened in 2022,
```

1  specifically two different dates in that indictment.  I believe

2  April 12th is in Count 1 and October 22nd is in Count 2.

3  Conducted in Broward County Florida, here in the Southern

4  District.

5          Did you have an opportunity to carefully read and

6  understand the indictment, the plea agreement, and the factual

7  proffer in this case?

8          THE DEFENDANT:  Yes.  Yes.

9          THE COURT:  Okay.  And how far have you gone in

10  school?

11          THE DEFENDANT:  Ninth grade.

12          THE COURT:  Based on your level of education and all

13  of the things that you've done in life, are you perfectly

14  comfortable reading and writing English?

15          THE DEFENDANT:  Not really.

16          THE COURT:  Okay.  Talk to me then about how you

17  understood the indictment, the plea agreement, and the factual

18  proffer.

19          THE DEFENDANT:  My lawyer read it to me.

20          THE COURT:  He read those documents to you word for

21  word?

22          THE DEFENDANT:  Yes.

23          THE COURT:  If you had any questions about what those

24  words said, did you ask him?

25          THE DEFENDANT:  Yes.

```
 1              THE COURT:  Did you understand all of the words?
 2              THE DEFENDANT:  Yes.
 3              THE COURT:  Did you understand all of the words
 4   without asking him any questions?
 5              THE DEFENDANT:  Yes.
 6              THE COURT:  Okay.  All right.  So you're indicating
 7   that you don't really read well, but you're able to understand
 8   all of these words?
 9              THE DEFENDANT:  Yeah, he read it to me.
10              THE COURT:  Okay.  So if someone were to read
11   something to me and I didn't understand the words, just because
12   they read it to me doesn't mean I understand it.  The key to
13   today's hearing is I've got to determine that you understand
14   what's happening here today.
15              THE DEFENDANT:  Yes, I understand, sir.
16              THE COURT:  Okay.  Talk to me about the indictment.
17   What does it charge you with?
18              THE DEFENDANT:  What it charges me with, with
19   conspiracy.
20              THE COURT:  Conspiracy to do what?
21              THE DEFENDANT:  Distribute protonitazene.
22              THE COURT:  And what is that?
23              THE DEFENDANT:  That's a drug.
24              THE COURT:  Okay.  And what's the maximum sentence you
25   face?
```

```
1              THE DEFENDANT:  The maximum, 20 years.

2              THE COURT:  Okay.  All right.  With regard to your

3   history, have you ever had an issue with alcohol use or drug

4   use that required treatment?

5              THE DEFENDANT:  Yes.

6              THE COURT:  How long ago was that?

7              THE DEFENDANT:  Many years.

8              THE COURT:  More than five?

9              THE DEFENDANT:  Yes.

10             THE COURT:  More than ten?

11             THE DEFENDANT:  Yes.

12             THE COURT:  More than 15?

13             THE DEFENDANT:  Yes.

14             THE COURT:  More than 20?

15             THE DEFENDANT:  Uhm, yes.

16             THE COURT:  More than 25?

17             THE DEFENDANT:  Like 20, 22 years, something like

18   that.

19             THE COURT:  Okay.  How old are you now?

20             THE DEFENDANT:  I'm 41.

21             THE COURT:  Are you currently under the care of a

22   physician or a doctor who's prescribed for you medications you

23   take regularly, which means daily, weekly, anything like that?

24             THE DEFENDANT:  In the jail?

25             THE COURT:  Wherever.  Outside or inside.
```

```
 1          THE DEFENDANT:  No, I take high blood pressure
 2   medication.
 3          THE COURT:  Okay.  So the answer is yes, you take high
 4   blood pressure medication?
 5          THE DEFENDANT:  Yes.
 6          THE COURT:  Okay.  What medication in particular?
 7          THE DEFENDANT:  Uhm, I don't know the name of it like
 8   that.
 9          THE COURT:  When's the last time you took it?
10          THE DEFENDANT:  I took it yesterday.
11          THE COURT:  As you sit here today, are you able to
12   clearly understand everything that you and Mr. Weinstein
13   discussed before I came in?
14          THE DEFENDANT:  Yes, I understand.
15          THE COURT:  And do you clearly understand the things
16   that you and I are talking about?
17          THE DEFENDANT:  Yes.
18          THE COURT:  Are you currently under the care of a
19   doctor, like a psychiatrist or psychologist, who's prescribed
20   for you any medications?
21          THE DEFENDANT:  No.
22          THE COURT:  Have you ever been under the care of a
23   psychiatrist or psychologist such that you took medications
24   that were prescribed for you?
25          THE DEFENDANT:  No.
```

```
 1              THE COURT:  Okay.  I'm going to ask the lawyers a few

 2     questions.  You listen to their answers, and then I'm going to

 3     ask you some questions based on what they tell me.

 4              Ms. Botero, first, if you can go through the elements

 5     as to Count 1.

 6              MS. BOTERO:  Yes, Your Honor.  Three elements in this

 7     charge.

 8              First, two or more people in some way agreed to try to

 9     accomplish a shared and unlawful goal;

10              Two, the defendant knew the unlawful purpose of the

11     plan and willfully joined in it; and

12              Third, the object of the unlawful plan was to possess

13     with intent to distribute at least a detectable amount of

14     protonitazene.

15              THE COURT:  Okay.  Thanks, Ms. Botero.

16              Mr. Weinstein, are you in agreement that those are the

17     elements as to Count 1?

18              MR. WEINSTEIN:  Yes, Judge.

19              THE COURT:  And could you just briefly describe how

20     you and Mr. Catis got ready for today's hearing?

21              MR. WEINSTEIN:  So, Judge, I've known Mr. Catis for

22     many, many years, and the personality that is reflected here is

23     typical of Mr. Catis' personality.

24              So when he was originally arrested, obviously, I

25     visited him.  We went over the charge.  We went over the
```

1   indictment.  There was no plea agreement yet.  When I received

2   both the plea agreement and the factual proffer, I mailed that

3   to him.

4        Will and I met with the government.  We had a very

5   lengthy meeting, a substantial assistance meeting.  So we were

6   able to go over everything at that point in time as well.

7   There were a number of agents there, along with the United

8   States Attorney's Office.

9        And lastly, as Mr. Catis did indicate, I was concerned

10   about his comprehension.  So because -- without getting into

11   attorney-client privilege, he does say to me a lot "I don't

12   understand."  So I read everything verbatim.  And what I did do

13   was I paused when there was something complicated, such as

14   important rights, such as the appellate waivers, such as the

15   forfeiture, such as his maximum.  I paused, explained those in

16   greater detail, what's giving up his right to appeal, giving up

17   his right to a trial, the forfeitures, you know, all of that,

18   and I went over it very carefully.  And, believe me, Mr. Catis

19   was not afraid and has never been afraid to ask questions if he

20   didn't understand something.

21        THE COURT:  And, Mr. Weinstein, in addition to the

22   documents that I'm talking about here, I assume you went over

23   the discovery in that way to the extent possible?

24        MR. WEINSTEIN:  Yes, we did talk about the facts of

25   the case.  Without being glib, the government has an airtight

1  case that would take a jury about nine and a half seconds to

2  convict, if that much.

3       THE COURT:  Well, I did notice the factual proffer

4  included photographs and things like that.  So I appreciate

5  that.

6       Based on everything, though, you're comfortable with

7  Mr. Catis' understanding of the case and his desire to plead

8  guilty?

9       MR. WEINSTEIN:  I don't have competency concerns.  He

10  understands everything.  Will is just of a -- "personality" is

11  not the right word.  But he's just the type of person who asks

12  a lot of questions.  He, you know, didn't graduate further than

13  the ninth grade.  He is not educated.  He didn't grow up with

14  any the sort of normal education.  He does have a rather

15  lengthy, spotty criminal history that's kind of been his life.

16  But he was sophisticated enough to take part in a very

17  sophisticated crime, and that's why he's here.  So I don't have

18  competency concerns.  I would just, you know, tell the Court

19  this is his personality.  This is who he is.

20       THE COURT:  Understood.  Okay.  Thanks, Mr. Weinstein.

21       Mr. Catis, you just heard what both lawyers said about

22  the case that you have here before me, specifically what

23  Mr. Weinstein talked about.

24       Are you in agreement that that's how you and he got

25  ready for today's very important hearing?

1            THE DEFENDANT:  Yes, sir.

2            THE COURT:  And throughout your preparation,

3    Mr. Weinstein's, obviously, worked hard to try to help you with

4    this.  Are you happy with his hard work for you?

5            THE DEFENDANT:  Yes, sir.

6            THE COURT:  Now, as you developed questions that you

7    asked him, and he said that you asked a lot of questions, did

8    he answer all of those questions for you?

9            THE DEFENDANT:  Yes, sir.

10           THE COURT:  Are there any questions that you still

11   have?  Anything outstanding that you need to ask him right now

12   before we keep going?

13           THE DEFENDANT:  No, sir.

14           THE COURT:  Any questions that you have for me that I

15   can explain to you at all?

16           THE DEFENDANT:  No, sir.

17           THE COURT:  Okay.  Then, Mr. Catis, what I'm going to

18   do is I'm going to go through the rights that you do give up by

19   pleading guilty, which is something Mr. Weinstein alluded to.

20           Do you understand that you have the absolute right to

21   have a jury trial to handle these two charges you face?

22           THE DEFENDANT:  Yes, sir.

23           THE COURT:  Do you understand at any trial like that

24   it's the government's burden to prove the charges beyond a

25   reasonable doubt; and because you're the accused, you're

1    presumed innocent, and you don't have to do a thing?

2         Do you understand that?

3         THE DEFENDANT:  Yes, sir.

4         THE COURT:  Now, if you told me you wanted to have a

5    trial, what would happen is we would bring in people from the

6    community, and we would be seated right where we are.  We would

7    select 12 of them to hear your case.  That would be your trial

8    jury.

9         The way that Ms. Botero would then seek to prove the

10   case is she would call witnesses who would take an oath, just

11   like you did, and she would ask questions of those witnesses.

12   But you would not have to accept what those witnesses said at

13   face value.  Through your lawyer's work, through his

14   questioning, through his cross-examination, you could confront

15   your accusers.

16        THE DEFENDANT:  Yes.

17        THE COURT:  By pleading guilty, though, you give up

18   the right to confront your accusers.

19        Do you understand that?

20        THE DEFENDANT:  Yes.

21        THE COURT:  Okay.  Mr. Catis, if you wanted, you could

22   present a defense.  Remember, you never have to do that.

23   Because you're the accused, you don't have to do anything.  But

24   if you wanted, through Mr. Weinstein, you could call witnesses,

25   and then Mr. Weinstein would ask them questions, and then

1   Ms. Botero would cross-examine them.

2          You could also testify, which means you would sit in

3   this chair here and you would speak to the jury.  Whatever you

4   said would be subject to the same rules as any other witness.

5          You also have a very special right, and that's the

6   right to remain silent.  What that means is you don't have to

7   talk to the jury at all.  And the jury's told that just because

8   you didn't speak to them, they can't hold that against you.

9   They can't go in the back room to deliberate and say we think

10  Mr. Catis is not guilty, but he's hiding something from us

11  because he didn't talk to us.  You have the absolute right to

12  not speak to that jury.  By pleading guilty, though, you give

13  up all of those defense rights.

14          Do you understand?

15          THE DEFENDANT:  Yes.

16          THE COURT:  Okay.  Mr. Catis, by pleading guilty you

17  become a convicted felon.  As a convicted felon you lose many

18  rights and privileges.

19          Do you understand that you no longer would be allowed

20  to possess a firearm or other dangerous weapon?

21          THE DEFENDANT:  Yes.

22          THE COURT:  Do you understand that you would no longer

23  be allowed to vote, to hold public office, or to sit and serve

24  on a jury?

25          THE DEFENDANT:  Yes.

1        THE COURT:  Mr. Catis, do you understand that if

2   you're not a United States citizen, pleading guilty to this

3   charge will cause you to be deported, it will cause you to be

4   removed from the country, it will cause you to be kept from

5   ever coming back into the country, and you can't come back to

6   me if that were to happen and say, Judge, I want to take my

7   plea back.  What you're doing here is final.

8        Do you understand that?

9        THE DEFENDANT:  Yes.

10       THE COURT:  Mr. Catis, in your plea agreement it

11   speaks about this concept called forfeiture.  That's something

12   that Mr. Weinstein alluded to.  It's specifically in paragraph

13   13, pages 6 and 7.  And there are a number of assets that you

14   are agreeing to forfeit.  And there may be more assets than

15   that as well.

16       The language says the property subject to forfeiture

17   includes, but is not limited to:

18       A.  Approximately $199,682 in US currency;

19       B.  Eight pieces of assorted jewelry valued at

20   approximately $96,699;

21       C.  Approximately $38,402 seized from a Bank of

22   America account;

23       D.  Approximately $29,340 in US currency seized from

24   the defendant;

25       E.  Fifteen pieces of assorted jewelry valued at

1    approximately $27,129;

2              F.  Approximately $16,007.09 seized from Bank of

3    America;

4              G.  Approximately $15,737.82 seized from Bank of

5    America.

6              Do you understand as part of this plea you're also

7    agreeing not to contest forfeiture of those specific items as

8    well as other things?

9              THE DEFENDANT:  Yes.

10             THE COURT:  Do you have any questions about what

11    forfeiture means or how it works?

12             THE DEFENDANT:  I understand how it works.

13             THE COURT:  I'm sorry?

14             THE DEFENDANT:  Yes.

15             THE COURT:  You do have questions?

16             MR. WEINSTEIN:  No, I said I understand how it works.

17             THE COURT:  Is that true, you understand how it works?

18             THE DEFENDANT:  Yes.

19             THE COURT:  Okay.  Mr. Catis, basically what happens

20    going forward is we're going to set this case for a sentencing

21    hearing.  In your case that will be March 26th, 2024, at

22    11:00 a.m.  At that point in time we'll come back and we'll

23    talk about what's a fair and appropriate sentence.

24             Do you understand that there will be some

25    recommendations made to me, but I don't have to listen to any

1   of them?  Do you understand that?

2              THE DEFENDANT:  Yes, sir.

3              THE COURT:  Do you understand that sentencing is

4   completely up to the Court?  It's completely up to the judge.

5   It's based on what I believe would be a fair and appropriate

6   sentence on the case.

7              THE DEFENDANT:  Yes, sir.

8              THE COURT:  Has anyone in the world, whether your

9   lawyer, your family, anyone in the world, promised you the

10  exact sentence that you'll get in this case?

11             THE DEFENDANT:  No.

12             THE COURT:  Do you understand that if you get a

13  sentence you don't like, you have to live with it?

14             THE DEFENDANT:  Yes.

15             THE COURT:  In your plea agreement, specifically at

16  paragraph 12, there is a detailed appellate waiver.  That

17  waiver says that you're agreeing to forfeit your right to

18  appeal the sentence imposed in this case.

19             Do you understand that you can only take an appeal in

20  this case under one of three specific circumstances?  But

21  outside of those three specific circumstances, you cannot take

22  an appeal in this case.

23             Do you understand?

24             THE DEFENDANT:  Yes.

25             THE COURT:  Those three specific circumstances are as

1    follows:  If the government takes an appeal, you can take an

2    appeal.

3              2.  If you receive a sentence that exceeds the maximum

4    permitted by statute, you can take an appeal.

5              3.  If the sentence imposed is the result of an upward

6    departure or an upward variance from the advisory guideline

7    range that the Court establishes, you can take an appeal.

8              Other than those three specific lines of cases, do you

9    completely understand you're waiving your right to take an

10   appeal?

11             THE DEFENDANT:  Yes.

12             THE COURT:  Mr. Catis, this document is eight pages in

13   length.  Paragraph 16 is the final numbered paragraph.  It

14   reads as follows:  This is the entire agreement and

15   understanding between this office, meaning the government, and

16   the defendant, meaning you.  There are no other agreements,

17   promises, representations, or understandings.  There are then

18   three signatures.  Two of them are dated today, and one is

19   dated November 16th, '23.

20             That last signature dated November 16, '23, is that

21   yours?

22             THE DEFENDANT:  Yes.

23             THE COURT:  By signing that document, are you telling

24   me that you read it, you understood it, or you had it read to

25   you in its entirety, and this is, in fact, the contract that

 1   you signed?

 2           THE DEFENDANT:  That's the contract.

 3           THE COURT:  Okay.  Mr. Catis, do you have any

 4   questions about what that plea agreement says?

 5           THE DEFENDANT:  No.

 6           THE COURT:  The last document is entitled "Factual

 7   Proffer."  A factual proffer is a set of facts that the parties

 8   agree would come out at trial if the case went to trial.  Your

 9   factual proffer is six pages in length.  Again, it has a

10   signature block with three signatures.  The same dates that I

11   read earlier.

12           Is the third signature yours?

13           MR. WEINSTEIN:  Scrolling to that page.

14           THE DEFENDANT:  Yes.  Yes.

15           THE COURT:  By signing that document, do you

16   acknowledge that these are, in fact, the facts that among

17   others the government would be able to prove beyond a

18   reasonable doubt?

19           THE DEFENDANT:  Yes.

20           THE COURT:  Mr. Catis, are there any facts at all

21   contained in this document that you think I should cross out?

22           THE DEFENDANT:  No.

23           THE COURT:  Are there any facts that aren't contained

24   in this document that you want me to handwrite in?

25           THE DEFENDANT:  No.  No.

```
 1              THE COURT:  Do you have any questions at all about

 2      what this factual proffer says?

 3              THE DEFENDANT:  No.  No.

 4              MS. BOTERO:  Your Honor, I'm sorry.  Before we move

 5      on, I just want you to know there was a scrivener's error on

 6      page 2.  There was a change of the year.  We have all initialed

 7      it.  But because we have done that, I wanted to bring it to

 8      your attention.

 9              THE COURT:  I appreciate that, Ms. Botero.

10              Bringing that to your attention, Mr. Catis.  On

11      page 2, in blue ink, it says on December 27, 2023, and that's

12      crossed out and now reads 2022.  It then has initials M.B.,

13      M.W., and W.C.

14              Do you remember initialing that document?

15              THE DEFENDANT:  Yes.

16              THE COURT:  Do you agree that 2022 is the correct

17      date?

18              THE DEFENDANT:  Excuse me, sir?

19              THE COURT:  Do you agree that 2022 is the correct

20      date?

21              THE DEFENDANT:  Yes.

22              THE COURT:  Okay.  Ms. Botero, if this case were to

23      proceed to trial, would you be able to prove up each of the

24      facts in the factual proffer beyond a reasonable doubt?

25              MS. BOTERO:  Yes, Your Honor.
```

1        THE COURT:  Thank you, Ms. Botero.

2        Mr. Weinstein, if the government could prove up those

3   facts in the factual proffer beyond a reasonable doubt, could a

4   jury lawfully convict your client of Count 1?

5        MR. WEINSTEIN:  Without any doubt, Judge.

6        THE COURT:  All right.  Mr. Catis, do you have any

7   questions whatsoever of me at this point in time?

8        THE DEFENDANT:  No, sir.

9        THE COURT:  Do you need any more time to speak to

10  Mr. Weinstein about your very important decision today?

11        THE DEFENDANT:  No, sir.

12        THE COURT:  Ms. Botero, do you think there's any

13  further inquiry I need to make in this case?

14        MS. BOTERO:  No, Your Honor.

15        THE COURT:  How about you, Mr. Weinstein?  Any other

16  areas you want me to get into?

17        MR. WEINSTEIN:  No, Judge.

18        THE COURT:  Mr. Catis, then on Count 1, conspiracy to

19  possess with intent to distribute protonitazene, contrary to

20  21 United States Code § 846, how would you like to plead today?

21        THE DEFENDANT:  Guilty.

22        THE COURT:  Sir, are you pleading guilty to that count

23  because you are, in fact, guilty of it?

24        THE DEFENDANT:  Yes.

25        THE COURT:  I do find Mr. Will Catis, Senior, appears

1  in court today to be alert and intelligent.  I find that he

2  understands the nature of the charges he faces, the

3  consequences of his guilty plea.  I find that he understands

4  the rights that he's entitled to, the rights that he's giving

5  up.  I find that he understands his appellate waiver.  And I

6  find that he is waiving his rights to trial as well as his

7  rights to appeal freely, voluntarily, knowingly, and

8  intelligently.  The waivers are based upon the excellent advice

9  of very competent counsel.  They're predicated upon sufficient

10 facts as outlined in the factual proffer.

11        So we'll put sentencing over then to March 26, 2024,

12 at 11:00 a.m.

13        MS. BOTERO:  Your Honor, I think maybe we both have a

14 conflict.  I'm scheduled to be out of the country that week.  I

15 can do the week before, the week after.  I just could not do

16 that week.

17        MR. WEINSTEIN:  Me too.

18        THE COURT:  What about you, Mr. Weinstein?  I think

19 actually, now thinking about that, that might be spring break

20 week.

21        MS. BOTERO:  It is.

22        MR. WEINSTEIN:  It is.  And if I may, Judge.  Any time

23 after April 8th would be great.

24        THE COURT:  The 8th?

25        MR. WEINSTEIN:  That's the following week.

1          THE COURT:  Okay.

2          THE COURTROOM DEPUTY:  April 11th at noon.

3          MR. WEINSTEIN:  That's perfect.

4          MS. BOTERO:  That works for me as well.  Thank you,

5   Your Honor, for accommodating us.

6          THE COURT:  Of course.  4/11 at noon.

7          Mr. Catis, what's going to happen is from today's date

8   going forward there's going to be a Presentence Investigation

9   Report prepared on you.  That's going to involve a lot of input

10  with you and Mr. Weinstein and the US Probation Office.

11         Work with Mr. Weinstein on that, like you've worked

12  with him so far, and then we'll come back on the 11th of April

13  at noon and we'll wrap everything up.  Okay?

14         THE DEFENDANT:  Yes, sir.

15         THE COURT:  Any issues before I let you go?

16         THE DEFENDANT:  No, sir.

17         THE COURT:  Okay.  Mr. Botero, anything else?

18         MS. BOTERO:  No, thank you, Your Honor.

19         THE COURT:  Mr. Weinstein, anything else on this one?

20         MR. WEINSTEIN:  No, Judge.  Thank you.

21         THE COURT:  Thank you all very much.

22         MS. BOTERO:  Have a nice weekend, Your Honor.

23         THE COURT:  You too.

24         MS. BOTERO:  And everyone else.

25      (Proceedings concluded at 1:38 p.m.)

1                    C E R T I F I C A T E

2          I, Karl Shires, Registered Merit Reporter and Federal

3    Certified Realtime Reporter, certify that the foregoing is a

4    correct transcript from the record of proceedings in the

5    above-entitled matter.

6          Dated this 17th day of January, 2025.

7

8    _____

9    Karl Shires, RMR FCRR

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MR. WEINSTEIN:
**[15]** 2/11 3/9 8/18
8/21 9/24 10/9 15/16
18/13 20/5 20/17
21/17 21/22 21/25
22/3 22/20
MS. BOTERO: **[12]**
2/7 3/10 8/6 19/4
19/25 20/14 21/13
21/21 22/4 22/18
22/22 22/24
THE COURT: **[96]**
THE COURTROOM
DEPUTY: **[1]** 22/2
THE DEFENDANT:
**[74]**

**$**
**$100 [1]** 3/17
**$15,737.82 [1]** 15/4
**$16,007.09 [1]** 15/2
**$199,682 [1]** 14/18
**$27,129 [1]** 15/1
**$29,340 [1]** 14/23
**$38,402 [1]** 14/21
**$96,699 [1]** 14/20

**'**
**'23 [2]** 17/19 17/20

**-**
**-v [1]** 1/6

**1**
**101 [1]** 1/18
**11 [1]** 22/6
**11200 [1]** 1/18
**11:00 a.m [2]** 15/22
21/12
**11th [2]** 22/2 22/12
**12 [3]** 1/20 12/7
16/16
**12th [1]** 4/2
**13 [1]** 14/13
**15 [1]** 6/12
**16 [2]** 17/13 17/20
**16th [1]** 17/19
**17th [1]** 23/6
**1:14 [1]** 1/9
**1:38 [1]** 22/25

**2**
**20 [4]** 3/15 6/1 6/14
6/17
**2022 [4]** 3/25 19/12
19/16 19/19
**2023 [1]** 19/11
**2024 [3]** 1/8 15/21
21/11
**2025 [1]** 23/6
**203G [1]** 1/24
**20th [1]** 1/18
**21 [1]** 3/6

**21 [1]** 6/17
**22nd [1]** 4/2
**23-CR-60116-SINGH
AL [1]** 1/2
**25 [1]** 6/16
**26 [1]** 21/11
**26th [1]** 15/21
**27 [1]** 19/11
**299 [1]** 1/24

**3**
**33172 [1]** 1/19
**33301 [1]** 1/21 1/25

**4**
**4/11 [1]** 22/6
**41 [1]** 6/20

**5**
**5496 [1]** 1/24

**6**
**610 [1]** 1/20

**7**
**769-5496 [1]** 1/24
**7th [1]** 1/20

**8**
**846 [2]** 3/6 20/20
**8th [2]** 21/23 21/24

**9**
**954 [1]** 1/24

**A**
**a.m [2]** 15/22 21/12
**able [5]** 5/7 7/11 9/6
18/17 19/23
**above-entitled [1]**
23/5
**absolute [2]** 11/20
13/11
**accept [1]** 12/12
**accommodating [1]**
22/5
**accomplish [1]** 8/9
**account [1]** 14/22
**accused [2]** 3/5
11/25 12/23
**accusers [2]** 12/15
12/18
**acknowledge [1]**
18/16
**addition [1]** 9/21
**advice [1]** 21/8
**advisory [1]** 17/6
**afraid [2]** 9/19 9/19
**afternoon [2]** 2/2 2/7
2/11
**agents [1]** 9/7
**ago [1]** 6/6
**agree [4]** 3/19 18/8
19/16 19/19

**agreeing [3]** 14/14
15/7 16/17
**agreement [10]** 4/6
4/17 8/16 9/1 9/2
10/24 14/10 16/15
17/14 18/4
**agreements [1]**
17/16
**ahead [2]** 2/18 3/1
**airtight [1]** 9/25
**alcohol [1]** 6/3
**alert [1]** 21/1
**allowed [2]** 13/19
13/23
**alluded [2]** 11/19
14/12
**AMERICA [6]** 1/4 2/3
2/8 14/22 15/3 15/5
**amount [1]** 8/13
**answer [2]** 7/3 11/8
**answers [1]** 8/2
**appeal [10]** 9/16
16/18 16/19 16/22
17/1 17/2 17/4 17/7
17/10 21/7
**appearances [2]**
1/16 2/5
**appears [1]** 20/25
**appellate [3]** 9/14
16/16 21/5
**appreciate [2]** 10/4
19/9
**appropriate [2]** 15/23
16/5
**approximately [7]**
14/18 14/20 14/21
14/23 15/1 15/2 15/4
**April [4]** 4/2 21/23
22/2 22/12
**April 11th [1]** 22/2
**April 12th [1]** 4/2
**April 8th [1]** 21/23
**areas [1]** 20/16
**arrested [1]** 8/24
**asked [2]** 11/7 11/7
**asking [1]** 5/4
**asks [1]** 10/11
**assessment [1]** 3/17
**assets [2]** 14/13
14/14
**assistance [1]** 9/5
**Assistant [1]** 1/18
**assorted [2]** 14/19
14/25
**assume [1]** 9/22
**attempted [1]** 3/12
**attention [2]** 19/8
19/10
**attorney [2]** 1/18
9/11
**Attorney's [1]** 9/8
**attorney-client [1]**
9/11

**B**
**back [6]** 13/9 14/5
14/5 14/7 15/22 22/12
**Bank [3]** 14/21 15/2
15/4
**based [5]** 4/12 8/3
10/6 16/5 21/8
**basically [2]** 3/25
15/19
**behalf [1]** 2/8
**believe [3]** 4/1 9/18
16/5
**beyond [4]** 11/24
18/17 19/24 20/3
**bit [1]** 2/17
**block [1]** 18/10
**blood [2]** 7/1 7/4
**blue [1]** 7/1
**BOTERO [12]** 1/17
2/8 2/9 8/4 8/15 12/9
13/1 19/9 19/22 20/1
20/12 22/17
**Boulevard [1]** 1/24
**break [1]** 21/19
**briefly [1]** 8/19
**bring [2]** 12/5 19/7
**Bringing [1]** 19/10
**Broward [2]** 1/24 4/3
**burden [1]** 11/24

**C**
**call [3]** 2/1 12/10
12/24
**called [1]** 14/11
**care [3]** 6/21 7/18
7/22
**carefully [2]** 4/5 9/18
**case [20]** 1/2 2/17
3/25 4/7 9/25 10/1
10/7 10/22 12/7 12/10
15/20 15/21 16/6
16/10 16/18 16/20
16/22 18/8 19/22
20/13
**cases [1]** 17/8
**CATIS [27]**
**Catis' [2]** 8/23 10/7
**cause [3]** 14/3 14/3
14/4
**Certified [1]** 23/3
**certify [1]** 23/3
**chair [1]** 13/3
**change [2]** 2/4 19/6
**charge [4]** 5/17 8/7
8/25 14/3
**charges [7]** 3/5 3/6
3/14 5/18 11/21 11/24
21/2
**circumstances [3]**
16/20 16/21 16/25
**citizen [1]** 14/2
**clearly [2]** 7/12 7/15
**client [2]** 9/11 20/4

**come [4]** 14/5 15/22
18/8 22/12
**comfortable [2]** 4/14
10/6
**coming [1]** 14/5
**community [1]** 12/6
**competency [2]** 10/9
10/18
**competent [1]** 21/9
**completely [3]** 16/4
16/4 17/9
**complicated [1]** 9/13
**comprehension [1]**
9/10
**concept [1]** 14/14
**concerned [1]** 9/9
**concerns [2]** 10/9
10/18
**concluded [1]** 22/25
**Conducted [1]** 4/3
**conflict [1]** 21/14
**confront [2]** 12/14
12/18
**consequences [1]**
21/3
**conspiracy [4]** 3/7
5/19 5/20 20/18
**contained [2]** 18/21
18/23
**contest [1]** 15/7
**contract [2]** 17/25
18/2
**contrary [2]** 3/6
20/19
**convict [2]** 10/2 20/4
**convicted [2]** 13/17
13/17
**correct [4]** 2/14
19/16 19/19 23/4
**counsel [1]** 21/9
**count [12]** 2/19 3/7
3/12 3/18 3/20 4/2 4/2
8/5 8/17 20/14 20/18
20/22
**Count 2 [2]** 3/12 3/20
**country [3]** 14/4 14/5
21/14
**County [1]** 4/3
**course [1]** 22/6
**court [8]** 1/1 1/24 2/1
3/5 10/18 16/4 17/7
21/1
**CR [1]** 1/2
**crime [1]** 10/17
**criminal [1]** 10/15
**cross [3]** 12/14 13/1
18/21
**cross-examination
[1]** 12/14
**cross-examine [1]**
13/1
**crossed [1]** 19/12
**currency [2]** 14/18

**C**

currency... [1] 14/23
currently [2] 6/21
7/18

**D**

daily [1] 6/23
dangerous [1] 13/20
date [3] 19/17 19/20
22/7
dated [4] 17/18 17/19
17/20 23/6
dates [2] 4/1 18/10
day [1] 23/6
December [1] 19/11
December 27 [1]
19/11
decision [1] 20/10
defendant [6] 1/8
1/20 2/25 8/10 14/24
17/16
defense [3] 2/10
12/22 13/13
deliberate [1] 13/9
departure [1] 17/6
deported [1] 14/3
describe [1] 8/19
desire [1] 10/7
detail [1] 9/16
detailed [1] 16/16
detectable [1] 8/13
determine [1] 5/13
developed [1] 11/6
didn't [6] 5/11 9/20
10/12 10/13 13/8
13/11
different [2] 3/5 4/1
discovery [1] 9/23
discussed [1] 7/13
dismissal [1] 3/20
distribute [5] 3/7
3/13 5/21 8/13 20/19
DISTRICT [4] 1/1 1/1
1/14 4/4
doctor [2] 6/22 7/19
document [7] 17/12
17/23 18/6 18/15
18/21 18/24 19/14
documents [2] 4/20
9/22
doing [1] 14/7
dollar [1] 3/16
doubt [5] 11/25 18/18
19/24 20/3 20/5
drug [2] 5/23 6/3
duly [1] 2/25

**E**

earlier [1] 18/11
East [1] 1/24
educated [1] 10/13
education [2] 4/12
10/14

eight [2] 14/12 14/15
eighty [1] 14/12
elements [3] 8/4 8/6
8/17
English [1] 4/14
entire [1] 17/14
entirety [1] 17/25
entitled [3] 18/6 21/4
23/5
error [1] 19/5
ESQ [1] 1/20
establishes [1] 17/7
exact [1] 16/10
examination [1]
12/14
examine [1] 13/1
exceeds [1] 17/3
excellent [1] 21/8
Excuse [1] 19/18
explain [1] 11/15
explained [1] 9/15
extent [1] 9/23

**F**

face [3] 5/25 11/21
12/13
faces [1] 21/2
fact [3] 17/25 18/16
20/23
facts [8] 9/24 18/7
18/16 18/20 18/23
19/24 20/3 21/10
factual [11] 4/6 4/17
9/2 10/3 18/6 18/7
18/9 19/2 19/24 20/3
21/10
fair [2] 15/23 16/5
fairly [1] 2/22
family [1] 16/9
far [2] 4/9 22/12
FCRR [2] 1/23 23/9
Federal [1] 23/2
felon [2] 13/17 13/17
Fifteen [1] 14/25
final [2] 14/7 17/13
find [5] 20/25 21/1
21/3 21/5 21/6
fine [1] 3/16
firearm [1] 13/20
first [3] 2/5 8/4 8/8
five [1] 6/8
FLORIDA [6] 1/1 1/8
1/19 1/21 1/25 4/3
followed [1] 3/15
following [1] 21/25
follows [2] 17/1
17/14
foregoing [1] 23/3
forfeit [2] 14/14
16/17
forfeiture [5] 9/15
14/11 14/16 15/7
15/11
forfeitures [1] 9/17
Fort [3] 1/8 1/21 1/25

forward [2] 15/20
22/8
freely [1] 21/7
full [1] 3/2
further [2] 10/12
20/13

**G**

getting [1] 9/10
give [3] 11/18 12/17
13/12
giving [3] 9/16 9/16
21/4
glib [1] 9/25
go [9] 2/17 2/18 2/20
3/1 8/4 9/6 11/18 13/9
22/15
goal [1] 8/9
going [16] 2/2 2/18
2/20 3/18 3/24 8/1 8/2
11/12 11/17 11/18
15/20 15/20 22/7 22/8
22/8 22/9
Good [2] 2/7 2/11
government [9] 1/17
2/6 3/19 9/4 9/25 17/1
17/15 18/17 20/2
government's [1]
11/24
grade [2] 4/11 10/13
graduate [1] 10/12
great [1] 21/23
greater [1] 9/16
grow [1] 10/13
guideline [1] 17/6
guilty [13] 2/18 3/18
10/8 11/19 12/17
13/10 13/12 13/16
14/2 20/21 20/22
20/23 21/3

**H**

half [1] 10/1
hand [2] 2/24 3/1
handle [1] 11/21
handwrite [1] 18/24
happen [2] 12/5 14/6
22/7
happened [1] 3/25
happening [1] 5/14
happens [1] 15/19
happy [1] 11/4
hard [2] 11/3 11/4
hear [1] 12/7
heard [1] 10/21
hearing [5] 2/4 5/13
8/20 10/25 15/21
help [1] 11/3
hiding [1] 13/10
high [2] 7/1 7/3
history [2] 6/3 10/15
hold [2] 13/8 13/23
Honor [10] 2/7 2/11
8/6 19/4 19/25 20/14

22/2 20/19 20/23
22/22
HONORABLE [1]
1/13

**I**

I'm [12] 2/18 2/20
3/18 6/20 8/1 8/2 9/22
11/17 11/18 15/13
19/4 21/14
I've [2] 5/13 8/21
important [3] 9/14
10/25 20/10
imposed [2] 16/18
17/5
included [1] 10/4
includes [1] 14/17
indicate [1] 9/9
indicating [1] 5/6
indictment [9] 2/19
3/5 3/19 3/24 4/1 4/6
4/17 5/16 9/1
initialed [1] 19/6
initialing [1] 19/14
initials [1] 19/12
ink [1] 19/11
innocent [1] 12/1
input [1] 22/9
inquiry [1] 20/13
inside [1] 6/25
intelligent [1] 21/1
intelligently [1] 21/8
intent [4] 3/7 3/12
8/13 20/19
Investigation [1]
22/8
involve [1] 22/9
issue [1] 6/3
issues [1] 22/15
it's [5] 2/3 11/24
14/12 16/4 16/5
items [1] 15/7

**J**

jail [1] 6/24
January [1] 1/8 23/6
jewelry [2] 14/19
14/25
joined [1] 8/11
judge [10] 1/14 3/9
8/18 8/21 14/6 16/4
20/5 20/17 21/22
22/20
jury [8] 10/1 11/21
12/8 13/3 13/7 13/12
13/24 20/4
jury's [1] 13/7

**K**

keep [1] 11/12
kept [1] 14/4
key [1] 5/12
kind [1] 10/15
knew [1] 8/10

10/12 10/18 19/5
knowingly [1] 21/7
known [1] 8/21

**L**

language [1] 14/16
lastly [1] 9/9
Lauderdale [3] 1/8
1/21 1/25
lawfully [1] 20/4
lawyer [2] 4/19 16/9
lawyer's [1] 12/13
lawyers [2] 8/1 10/21
length [2] 17/13 18/9
lengthy [1] 9/5 10/15
level [1] 4/12
life [3] 3/16 4/13
10/15
limited [1] 14/17
lines [1] 17/8
listen [2] 8/2 15/25
little [1] 2/17
live [1] 16/13
long [1] 6/6
longer [2] 13/19
13/22
lose [1] 13/17
lot [5] 2/20 9/11
10/12 11/7 22/9

**M**

M.B [1] 19/12
M.W [1] 19/13
mailed [1] 9/2
March [2] 15/21
21/11
March 26 [1] 21/11
March 26th [1] 15/21
matter [1] 23/5
maximum [5] 3/14
5/24 6/1 9/15 17/3
mean [1] 5/12
meaning [2] 17/15
17/16
means [4] 6/23 13/2
13/6 15/11
medication [3] 7/2
7/4 7/6
medications [3] 6/22
7/20 7/23
meeting [2] 9/5 9/5
Merit [1] 23/2
met [1] 9/4
Miami [1] 1/19
MICHAEL [2] 1/20
2/11
million [1] 3/16
MONIQUE [2] 1/17
2/7
move [1] 19/4
Mr [22] 2/13 2/16 3/4
8/20 8/21 8/23 9/9
9/18 10/7 10/20 11/17

## M

Mr... [11]  12/21 13/10
13/16 14/1 14/10
17/12 18/3 18/20
19/10 20/18 22/7
Mr. [23]  2/12 2/21
7/12 8/16 9/21 10/20
10/23 11/3 11/19
12/24 12/25 14/12
15/19 20/2 20/6 20/10
20/15 20/25 21/18
22/10 22/11 22/17
22/19
Mr. Botero [1]  22/17
Mr. Catis [3]  2/12
15/19 20/6
Mr. Weinstein [17]
2/21 7/12 8/16 9/21
10/20 10/23 11/19
12/24 14/12 14/12
20/2 20/10 20/15
21/18 22/10 22/11
22/19
Mr. Weinstein's [1]
11/3
Mr. Will [1]  20/25
Ms [1]  20/12
Ms. [8]  2/9 8/4 8/15
12/9 13/1 19/9 19/22
20/1
Ms. Botero [8]  2/9
8/4 8/15 12/9 13/1
19/9 19/22 20/1

## N

name [2]  3/2 7/7
nature [1]  21/2
need [3]  11/11 20/9
20/13
never [3]  2/21 9/19
12/22
nice [3]  2/9 2/13
22/22
nine [1]  10/1
ninth [2]  4/11 10/13
noon [3]  22/2 22/6
22/13
normal [1]  10/14
notice [1]  10/3
November [2]  17/19
17/20
November 16 [1]
17/20
November 16th [1]
17/19
number [2]  9/7 14/13
numbered [1]  17/13
NW [1]  1/18

## O

oath [1]  12/10
object [1]  8/12
obviously [2]  8/24

October [1]  4/2
October 22nd [1]  4/2
office [4]  9/8 13/23
17/15 22/10
Official [1]  1/24
Okay [26]
old [1]  6/19
opportunity [1]  4/5
order [2]  2/1 2/23
originally [1]  8/24
outlined [1]  21/10
outside [2]  6/25
16/21
outstanding [1]
11/11

## P

p.m [2]  1/9 22/25
page [3]  18/13 19/6
19/11
page 2 [1]  19/11
pages [3]  14/13
17/12 18/9
paragraph [4]  14/12
16/16 17/13 17/13
part [2]  10/16 15/6
particular [1]  7/6
parties [1]  18/7
paused [2]  9/13 9/15
people [2]  8/8 12/5
perfect [1]  22/3
perfectly [1]  4/13
permitted [1]  17/4
person [1]  10/11
personality [4]  8/22
8/23 10/10 10/19
photographs [1]  10/4
physician [1]  6/22
pieces [2]  14/19
14/25
Plaintiff [1]  1/5
plan [2]  8/11 8/12
plea [12]  1/12 2/4 4/6
4/17 9/1 9/2 14/7
14/10 15/6 16/15 18/4
21/3
plead [4]  2/18 3/18
10/7 20/20
pleading [6]  11/19
12/17 13/12 13/16
14/2 20/22
please [1]  2/23
point [3]  9/6 15/22
20/7
possess [4]  3/7 8/12
13/20 20/19
possession [1]  3/12
possible [1]  9/23
predicated [1]  21/9
preparation [1]  11/2
prepared [1]  22/9
prescribed [3]  6/22
7/19 7/24

present [1]  12/8
Presentence [1]  22/8
pressure [2]  7/1 7/4
presumed [1]  12/1
prison [1]  3/15
privilege [1]  9/11
privileges [1]  13/18
Probation [1]  22/10
proceed [1]  19/23
proceedings [3]  1/12
22/25 23/4
promised [1]  16/9
promises [1]  17/17
pronounce [1]  3/8
pronunciation [1]
2/14
property [1]  14/16
protonitazene [7]  3/9
3/10 3/11 3/13 5/21
8/14 20/19
prove [5]  11/24 12/9
18/17 19/23 20/2
psychiatrist [2]  7/19
7/23
psychologist [2]
7/19 7/23
public [1]  13/23
punishable [1]  3/14
purpose [1]  8/10
put [2]  3/1 21/11

## Q

questioning [1]
12/14
questions [18]  4/23
5/4 8/2 8/3 9/19 10/12
11/6 11/7 11/8 11/10
11/14 12/11 12/25
15/10 15/15 18/4 19/1
20/7

## R

RAAG [1]  1/13
raise [1]  2/23
range [1]  17/7
read [11]  4/5 4/19
4/20 5/7 5/9 5/10 5/12
9/12 17/24 17/24
18/11
reading [1]  4/14
reads [2]  17/14 19/12
ready [2]  8/20 10/25
really [2]  4/15 5/7
Realtime [1]  23/3
reasonable [4]  11/25
18/18 19/24 20/3
receive [1]  17/3
received [1]  9/1
recommendations
[1]  15/25

reflected [1]  8/22
regard [2]  3/23 6/2
Registered [1]  23/2
regularly [1]  6/23
release [1]  3/15
remain [1]  13/6
remember [2]  12/22
19/14
removed [1]  14/4
Report [1]  22/9
Reporter [2]  1/23
1/24 23/2 23/3
representations [1]
17/17
required [1]  6/4
result [1]  17/5
right [19]  2/16 2/24
3/1 3/8 5/6 6/2 9/16
9/17 10/11 11/11
11/20 12/6 12/18 13/5
13/6 13/11 16/17 17/9
20/6
rights [8]  9/14 11/18
13/13 13/18 21/4 21/4
21/6 21/7
RMR [1]  1/23 23/9
room [1]  13/9
rules [1]  13/4

## S

says [5]  14/16 16/17
18/4 19/2 19/11
scheduled [1]  21/14
school [1]  4/10
scrivener's [1]  19/5
Scrolling [1]  18/13
SE [1]  1/20
seated [1]  12/6
seconds [1]  10/1
see [2]  2/9 2/13
seek [2]  3/19 12/9
seized [4]  14/21
14/23 15/2 15/4
select [1]  12/7
Senior [2]  2/3 20/25
sentence [9]  3/15
5/24 15/23 16/6 16/10
16/13 16/18 17/3 17/5
sentencing [4]  3/20
15/20 16/3 21/11
serve [1]  13/23
set [2]  15/20 18/7
shared [1]  8/9
signature [3]  17/20
18/10 18/12
signatures [2]  17/18
18/10
signed [1]  18/1
signing [2]  17/23
18/15
silent [1]  13/6
SINGHAL [2]  1/2
1/13

11/1 11/5 11/9 11/13
11/16 11/22 12/3 16/2
16/7 19/18 20/8 20/11
20/22 22/14 22/16
sit [3]  7/11 13/2
13/23
six [1]  18/9
sophisticated [2]
10/16 10/17
sorry [2]  15/13 19/4
sort [1]  10/14
SOUTHERN [2]  1/1
4/3
speak [4]  13/3 13/8
13/12 20/9
speaks [1]  14/11
special [2]  3/17 13/5
specific [5]  15/7
16/20 16/21 16/25
17/8
specifically [4]  4/1
10/22 14/12 16/15
spotty [1]  10/15
spring [1]  21/19
SR [1]  1/7
start [1]  2/2
STATES [9]  1/1 1/4
1/18 2/3 2/8 3/6 9/8
14/2 20/20
statute [1]  17/4
straightforward [1]
2/22
Street [2]  1/18 1/20
subject [2]  13/4
14/16
substantial [1]  9/5
sufficient [1]  21/9
Suite [2]  1/18 1/20
supervised [1]  3/15
sure [1]  3/8
sworn [1]  2/25

## T

take [13]  6/23 7/1 7/3
10/1 10/16 12/10 14/6
16/19 16/21 17/1 17/7
17/7 17/9
takes [1]  17/1
talk [7]  3/24 4/16
5/16 9/24 13/7 13/11
15/23
talked [1]  10/23
talking [2]  7/16 9/22
talks [1]  3/25
tell [3]  3/2 8/3 10/18
telling [1]  17/23
ten [1]  6/10
testify [1]  13/2
thank [5]  20/1 22/4
22/18 22/20 22/21
Thanks [2]  8/15
10/20
thing [1]  12/1

**things [5]** 2/20 4/13
7/15 10/4 15/8
**think [5]** 13/9 18/21
20/12 21/13 21/18
**thinking [1]** 21/19
**third [2]** 8/12 18/12
**three [8]** 3/16 8/6
16/20 16/21 16/25
17/8 17/18 18/10
**time [6]** 7/9 9/6 15/22
20/7 20/9 21/22
**today [10]** 2/17 3/5
3/21 3/24 5/14 7/11
17/18 20/10 20/20
21/1
**today's [4]** 5/13 8/20
10/25 22/7
**told [4]** 2/18 3/18
12/4 13/7
**transcript [2]** 1/12
23/4
**treatment [1]** 6/4
**trial [9]** 9/17 11/21
11/23 12/5 12/7 18/8
18/8 19/23 21/6
**true [1]** 15/17
**try [2]** 8/8 11/3
**two [6]** 3/5 4/1 8/8
8/10 11/21 17/18
**type [1]** 10/11
**typical [1]** 8/23

**U**
**U.S [1]** 1/14
**Uhm [2]** 6/15 7/7
**understand [33]**
**understanding [2]**
10/7 17/15
**understandings [1]**
17/17
**understands [4]**
10/10 21/2 21/3 21/5
**understood [3]** 4/17
10/20 17/24
**UNITED [9]** 1/1 1/4
1/18 2/3 2/8 3/6 9/7
14/2 20/20
**unlawful [3]** 8/9 8/10
8/12
**upward [2]** 17/5 17/6
**use [2]** 6/3 6/4

**V**
**value [1]** 12/13
**valued [2]** 14/19
14/25
**variance [1]** 17/6
**verbatim [1]** 9/12
**versus [1]** 2/3
**visited [1]** 8/25
**voluntarily [1]** 21/7
**vote [1]** 13/23

**W**
**W.C [1]** 19/13
**waiver [3]** 16/16
16/17 21/5
**waivers [2]** 9/14 21/8
**waiving [2]** 17/9 21/6
**want [4]** 14/6 18/24
19/5 20/16
**wanted [4]** 12/4
12/21 12/24 19/7
**way [3]** 8/8 9/23 12/9
**weapon [1]** 13/20
**week [6]** 21/14 21/15
21/15 21/16 21/20
21/25
**weekend [1]** 22/22
**weekly [1]** 6/23
**WEINSTEIN [20]**
1/20 2/12 2/13 2/21
7/12 8/16 9/21 10/20
10/23 11/19 12/24
12/25 14/12 20/2
20/10 20/15 21/18
22/10 22/11 22/19
**Weinstein's [1]** 11/3
**well [7]** 5/7 9/6 10/3
14/15 15/8 21/6 22/4
**went [5]** 8/25 8/25
9/18 9/22 18/8
**whatsoever [1]** 20/7
**When's [1]** 7/9
**willfully [1]** 8/11
**witness [1]** 13/4
**witnesses [4]** 12/10
12/11 12/12 12/24
**word [3]** 4/20 4/21
10/11
**words [5]** 4/24 5/1
5/3 5/8 5/11
**work [3]** 11/4 12/13
22/11
**worked [2]** 11/3
22/11
**works [5]** 15/11
15/12 15/16 15/17
22/4
**world [2]** 16/8 16/9
**wrap [1]** 22/13
**writing [1]** 4/14

**Y**
**Yeah [1]** 5/9
**year [1]** 19/6
**years [6]** 3/15 3/16
6/1 6/7 6/17 8/22
**yesterday [1]** 7/10